Rosie S. Williams *v.* Commission on Civil Rights of the State of Connecticut et al.

King, C. J., Alcorn, House, Thim and Ryan, Js.

Argued November 12—decided November 13, 1969

*William I. Mark,* for the appellant (plaintiff).

*Robert L. Hirtle, Jr.,* assistant attorney general, with whom, on the brief, were *Robert K. Killian,* attorney general, and *F. Michael Ahern,* assistant attorney general, for the appellee (named defendant).

*John D. Fassett,* for the appellee (defendant General Motors Corporation).

Per Curiam. It is clear from the record that the trial court, assuming that it had jurisdiction of the subject matter, reached a correct decision on the merits. Even if the court were in error in holding that it had jurisdiction of the subject matter, that error could not have harmed the plaintiff.

There is no error.